NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PROMOS TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

_____

2019-1441

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01419.

_____

## JUDGMENT

_____

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant. Also represented by JERRY CHEN.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS; PAUL ANDERSON, Houston, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 10, 2020</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>